JAMES J. YUKEVICH (SBN 159896)
  *JYukevich@yukelaw.com*
THOMAS BORNCAMP (SBN 186730)
  *TBorncamp@yukelaw.com*
PATRICIA E. BALL (SBN 229333)
  *PBall@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA  90017
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
MICHELIN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SUSANA SILVA LUNA, Individually, as Representative of the Estate of JUVENTINO ROMERO TORRES SOTO and as Guardian ad Litem of JAILEN TORRES SILVA, a Minor, NORMA ALEJANDRA CORIA CERVANTES, Individually, as Representative of the Estate of JOSE LUIS PEREZ TAPIA, and as Guardian ad Litem of DIEGO JULIAN PEREZ, a Minor, HECTOR JAIME PEREZ ACOSTA, GENOVEVA TAPIA PEREZ and OMAR TORRES,<br><br>            Plaintiffs,<br><br>      vs.<br><br>MICHELIN NORTH AMERICA, INC., MICHELIN AMERICAS RESEARCH CORPORATION; DOES 1 through 100,<br><br>            Defendants. | CASE NO. 1:08-cv-01922-OWW-DLB<br><br>*[Assigned to Hon. Oliver W. Wanger, Ctrm. 3]*<br><br>**ORDER RE: JOINT STIPULATION REGARDING CONTINUATION OF MANDATORY SCHEDULING CONFERENCE**<br><br>Trial Date:          None |

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the

Mandatory Scheduling Conference scheduled for June 24, 2009, is continued to

August 26, 2009, at 8:15 a.m., to be heard in Courtroom 3 of the above-entitled court.

Dated:  6/19/2009                              /s/ OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On June 18, 2009, I served true copies of the following document(s) described as **JOINT STIPULATION REGARDING CONTINUATION OF MANDATORY SCHEDULING CONFERENCE; DECLARATION OF PATRICIA E. BALL; DECLARATION OF PATRICIA E. BALL IN SUPPORT OF JOINT STIPULATION REGARDING CONTINUATION OF MANDATORY SCHEDULING CONFERENCE; *[PROPOSED]* ORDER RE: JOINT STIPULATION REGARDING CONTINUATION OF MANDATORY SCHEDULING CONFERENCE** on the interested parties in this action as follows:

## **SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address KPowers@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2009, at Los Angeles, California.

Kerry Powers

## SERVICE LIST
*Susana Luna et al. v. Michelin etc., et al.*
USDC – Eastern Dist. of California Case No.  CASE NO. 1:08-CV-01922-OWW-DLB

| | |
|---|---|
| Daniel M. O'Leary<br>LAW OFFICES OF DANIEL M. O'LEARY<br>523 West Sixth Street, Suite 215<br>Los Angeles, CA  90014<br><br>dan@danolearylaw.com | Attorneys for Plaintiffs<br>SUSANA SILVA LUNA, Individually, as Representative of the Estate of JUVENTINO ROMERO TORRES SOTO and as Guardian ad Litem of JAILEN TORRES SILVA, a Minor, NORMA ALEJANDRA CORIA CERVANTES, Individually, as Representative of the Estate of JOSE LUIS PEREZ TAPIA, and as Guardian ad Litem of DIEGO JULIAN PEREZ, a Minor, HECTOR JAIME PEREZ ACOSTA, GENOVEVA TAPIA PEREZ and OMAR TORRES<br><br>T:    (213) 630-2880<br>F:    (213) 630-2886 |
| Kyle Farrar, Esq.<br>FARRAR & BALL, LLP<br>1010 Lamar Street, Suite 1600<br>Houston, TX  77002<br><br>kyle@fbtrial.com | Co-Counsel for Plaintiffs<br><br>T:    (713) 221-8300<br>F:    (713) 221-8301 |