# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA SILVA LUNA, individually, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHELIN NORTH AMERICA, INC., MICHELIN AMERICAS RESEARCH CORPORATION; DOES 1 through 100,<br><br>    Defendants.<br>_____<br><br>FLOR de MARIA GONZALEZ-MARTINEZ, individually; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHELIN NORTH AMERICA, INC., a New York corporation<br>_____ | 1:08-cv-1922 OWW DLB<br><br><br><br><br><br><br><br><br><br><br>1:09-cv-1032 OWW DLB<br><br>ORDER CONSOLIDATING RELATED ACTIONS |

On June 19, 2009, Defendant Michelin North America filed a Motion for an Order to Consolidate and Joint Stipulation to Consolidate Related Cases.  The Motion came on for hearing on September 14, 2009, in Courtroom 3 of this Court, the Honorable Oliver W. Wanger, presiding.

After consideration of the papers and arguments of counsel:

1

1.     The Court hereby GRANTS Michelin North America, Inc.'s Motion to Consolidate Related Cases;

2.     Case No. 1:09-cv-1032 OWW DLB is hereby consolidated with Case No. 1:08-cv-1922 OWW DLB for all purposes including trial;

3.     Case No. 1:09-cv-1032 OWW DLB shall be administratively closed; and

4.     All future pleadings shall be filed only in Case No. 1:08-cv-1922 OWW DLB.

IT IS SO ORDERED.

Dated:   October 27, 2009                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE