UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA, et al.,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHELIN NORTH AMERICAN, INC.,<br>et al.<br><br>             Defendants. | 1:08-CV-01922 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation of voluntary dismissal filed June 16, 2010 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   August 3, 2010**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE